300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/supreme/a_66_15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/supreme/a_62_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_64_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_56_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_65_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_86_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_69_15.pdf (mistyped character)
/attorneys/assets/opinions/supreme/a_76_15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443